# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> NELSON, INC., *et al.*, </br></br> Defendants. | No. 2:16-cv-02283-TLP-cgc |

## ORDER ADOPTING SEALED REPORT AND RECOMMENDATION

Before the Court is the Magistrate Court's Sealed Report and Recommendation, (ECF No. 77), regarding the Motion to Enforce this Court's April 20, 2017 Order, (ECF No. 35), and the parties' Joint Stipulation, (ECF No. 46). 28 U.S.C. § 636 provides that "a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court . . . [and] may also designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion[,]" with the exception of certain motions listed in 28 U.S.C. § 636(b)(1)(A). This Court, having reviewed the Sealed Report and Recommendation for clear error because no party filed written objections to it, and, finding none, ADOPTS the Sealed Report and Recommendation, (ECF No. 77), as an ORDER.

**SO ORDERED**, this 22nd day of May, 2018.

    s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE